# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

      Plaintiff,

v.                                           CASE NO: 8:08-cv-2335-T-26MAP

NOELLE H. DANIEL,

      Defendant.

_____/

# **O R D E R**

Plaintiff has filed a motion for temporary restraining order and preliminary injunction

and has afforded Defendant's counsel notice of the filing of the motions.[1]  Defendant's counsel

has filed a notice in which he notifies the Court of Defendant's intention to oppose the motions

and requests time within which to respond to Plaintiff's submissions.[2]  To that end, Defendant

has filed three opposing affidavits which directly contradict the averments in Plaintiff's

affidavits with regard to critical factual issues.[3]  In light of these facts, the Court is of the opinion

that the motion for temporary restraining order is moot, that Defendant should be afforded a

reasonable period of time within which to respond to the motion for preliminary injunction, and

---

[1]  See docket 6.

[2]  See docket 8.

[3]  See dockets 8 and 9.

that an evidentiary hearing must be convened to resolve the disputed facts.  See Four Seasons Hotels and Resorts, B.V. v. Consorcia Barr, SA, 320 F.3d 1205, 1538-39 (11th Cir. 2003).

Accordingly, it is ordered and adjudged as follows:

1) The Motion for Temporary Restraining Order (Dkt. 2) is denied as moot.

2) The Court will convene an evidentiary hearing on the Motion for Preliminary Injunction on Wednesday, December 3, 2008, commencing at 9:00 a.m.

3) Defendant shall file a response to the motion for preliminary injunction on or before December 1, 2008.

4) Both parties shall furnish the Court courtesy copies of all of their submissions on or before December 1, 2008.

**DONE AND ORDERED** at Tampa, Florida, on November 24, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record